■ ALBERT CERA et al., Appellants, v. EDWARD T. MULLIGAN, Respondent. (Appeal No. 2.) — Order and judgment unanimously affirmed, without costs. Same memorandum as in *Cera* v. *Gannett Co.* (47 A D 2d 797). (Appeals from order and judgment of Monroe Special Term in action for damages for defamation of character.) Present — Moule, J. P., Cardamone, Simons, Mahoney and Goldman, JJ. [79 Misc 2d 400.]

■ ALBERT CERA et al., Appellants, v. MEDICAL SOCIETY OF THE COUNTY OF MONROE, INC., Respondent. (Appeal No. 3.) — Order and judgment unanimously affirmed, without costs. Same memorandum as in *Cera* v. *Gannett Co.* (47 A D 2d 797). (Appeal from order and judgment of Monroe Special Term in action for damages for defamation of character.) Present — Moule, J. P., Cardamone, Simons, Mahoney and Goldman, JJ.